IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROLAND F. KUSI, § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-25-CV-527-KC |
| § § | |
| KRISTI NOEM et al., § § | |
| Respondents. § § | |

# **ORDER**

On this day, the Court considered the case. On November 25, 2025, the Court granted in part Kusi's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, and ordered Respondents to either (1) provide Kusi with a bond hearing before an Immigration Judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Kusi's continued detention; or (2) release Kusi from custody, under reasonable conditions of supervision. Nov. 25, 2025, Order 10–11, ECF No. 8. The Court also ordered Respondents to file written notice informing the Court whether Kusi had been released from custody. *Id.* at 11.

On the same day that this Court granted in part the Petition, Kusi filed a Motion to Show Cause ("Motion"), ECF No. 7. Kusi informed the Court that on November 20, 2025, the Department of Homeland Security ("DHS") entered a Notice of Custody Determination that Kusi be released upon payment of a $1,500.00 bond. Mot. 1; *see id.* Ex. A ("Custody Determination"). "Nevertheless, DHS Respondents refuse to allow Petitioner to pay the bond through the DHS portal." Mot. 1.

On December 4, Respondents filed an Advisory to the Court ("Advisory"), ECF No. 9. Respondents state that an IJ "conducted a custody redetermination hearing and denied release because he determined Petitioner is a flight risk." *Id.*; *see id.* Ex. A, at 1 ("IJ Order"), ECF No. 9-1.

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice—either jointly or separately—informing the Court whether any matters remain to be resolved in this case **by no later than December 19, 2025**.

If any such matters pertain to the discrepancy between the DHS Custody Determination and the IJ Order, the parties shall **STATE** their positions, with citation to authority, on the import of this discrepancy and the lawfulness of Kusi's continued detention.

**SO ORDERED**.

**SIGNED this 5th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE