### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ROLAND F. KUSI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-25-CV-527-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

### FINAL JUDGMENT

On this day, the Court considered the case. On November 25, 2025, the Court granted in part Roland F. Kusi's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Nov. 25, 2025, Order 10–11, ECF No. 8.

On the same day that this Court granted in part the Petition, Kusi filed a Motion to Show Cause ("Motion"), ECF No. 7, informing the Court that on November 20, 2025, the Department of Homeland Security ("DHS") entered a Notice of Custody Determination setting bond at $1,500.00. Kusi sought an order directing Respondents to show cause why they would not accept payment of the bond. *Id.* at 1, 2.

On December 4, Respondents informed the Court that an IJ "conducted a custody redetermination hearing and denied release because he determined Petitioner is a flight risk." Advisory, ECF No. 9; *see id.* Ex. A, at 1 ("IJ Order"), ECF No. 9-1.

Thereafter, the Court ordered the parties to meet and confer and file notice of whether any matters remained to be resolved in the case.  *See* Dec. 5, 2025, Order 2, ECF No. 10.  The parties now state that they "agree that the matter before the Court has been decided with no issues remaining, and the Court should dispose of the matter accordingly."  Joint Status Report 1, ECF No. 11.

Accordingly, the Court **ORDERS** that the Motion, ECF No. 7, is **DENIED** as moot.

**The Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 22nd day of December, 2025.**

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE